**Veritext Florida Reporting Co.**

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Elliot Kozolchyk, Esq<br>Koz Law<br>320 SE 9th Street<br>Fort Lauderdale , FL, 33316 | **Invoice #:** FLA2338419<br>**Invoice Date:** 6/3/2015<br>**Balance Due:** $1,572.65 |

**Case:** Riess, Gary Richard v. Greenfield USA Wholesale LLC.
**Job #:** 2072250 | Job Date: 5/18/2015 | Delivery: Normal
**Billing Atty:** Elliot Kozolchyk, Esq
**Location:** Koz Law
320 SE 9th Street | | Fort Lauderdale, FL 33316
**Sched Atty:** Elliot Kozolchyk, Esq | Koz Law

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Peggy Wu | Original with 1 Certified Transcript | Page | 315.00 | $3.90 | $1,228.50 |
| | Attendance Fee | 1 | 2.00 | $85.00 | $170.00 |
| | Exhibits | Per Page | 79.00 | $0.35 | $27.65 |
| | CD Depo Litigation Package | Per CD | 1.00 | $35.00 | $35.00 |
| | Shipping & Handling | Package | 1.00 | $41.81 | $41.81 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,502.96 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $69.69 |
| **Balance Due:** | $1,572.65 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

89436

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | FLA2338419 |
| **Job #:** | 2072250 |
| **Invoice Date:** | 6/3/2015 |
| **Balance:** | $1,572.65 |

**Veritext Florida Reporting Co.**

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| Bill To: | Elliot Kozolchyk, Esq
Koz Law
320 SE 9th Street
Fort Lauderdale , FL, 33316 | | Invoice #:
Invoice Date:
Balance Due: | FLA2337246
6/2/2015
$88.94 |
|---|---|---|---|---|

| Case: | Riess, Gary Richard v. Greenfield USA Wholesale LLC. |
|---|---|
| Job #: | 2075251 | Job Date: 6/1/2015 | Delivery: Appearance Only |
| Billing Atty: | Elliot Kozolchyk, Esq |
| Location: | Koz Law |
| | 320 SE 9th Street |   | Fort Lauderdale, FL 33316 |
| Sched Atty: | Elliot Kozolchyk, Esq | Koz Law |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| YEN LING LIU | Minimum Charge for Services Rendered | 1 | 1.00 | $85.00 | $85.00 |

Notes: (10:00-10:52)
Notes Held-25 Pages

| | |
|---|---|
| Invoice Total: | $85.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $3.94 |
| Balance Due: | $88.94 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

**To pay online, go to
www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

89436

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | FLA2337246 |
|---|---|
| Job #: | 2075251 |
| Invoice Date: | 6/2/2015 |
| Balance: | $88.94 |

**Veritext Florida Reporting Co.**

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Elliot Kozolchyk, Esq<br>Koz Law<br>320 SE 9th Street<br>Fort Lauderdale , FL, 33316 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | FLA2343124<br>6/9/2015<br>$439.48 |

| | |
|---|---|
| **Case:** | Riess, Gary Richard v. Greenfield USA Wholesale LLC. |
| **Job #:** | 2075251 \| Job Date: 6/1/2015 \| Delivery: Immediate |
| **Billing Atty:** | Elliot Kozolchyk, Esq |
| **Location:** | Koz Law |
| | 320 SE 9th Street \|  \| Fort Lauderdale, FL 33316 |
| **Sched Atty:** | Elliot Kozolchyk, Esq \| Koz Law |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| YEN LING LIU | Interpreting | Hour | 2.00 | $200.00 | $400.00 |
| | Expenses | 1 | 1.00 | $20.00 | $20.00 |

**Notes:** Mandarin Interpreter
(Two-Hour Minimum)
Expenses=Travel Time

| | |
|---|---|
| **Invoice Total:** | $420.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $19.48 |
| **Balance Due:** | $439.48 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

**To pay online, go to
www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | FLA2343124 |
| **Job #:** | 2075251 |
| **Invoice Date:** | 6/9/2015 |
| **Balance:** | $439.48 |

89436

**Veritext Florida Reporting Co.**

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| Bill To: | Elliot Kozolchyk, Esq<br>Koz Law<br>320 SE 9th Street<br>Fort Lauderdale , FL, 33316 | Invoice #: | FLA2345945 |
|---|---|---|---|
| | | Invoice Date: | 6/12/2015 |
| | | Balance Due: | $2,112.42 |

| | |
|---|---|
| Case: | Riess, Gary Richard v. Greenfield USA Wholesale LLC. |
| Job #: | 2081265 \| Job Date: 6/10/2015 \| Delivery: Appearance Only |
| Billing Atty: | Elliot Kozolchyk, Esq |
| Location: | Koz Law |
| | 320 SE 9th Street \|  \| Fort Lauderdale, FL 33316 |
| Sched Atty: | Elliot Kozolchyk, Esq \| Koz Law |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Yen Ling Liu | Interpreting | Hour | 7.50 | $200.00 | $1,500.00 |
| | Surcharge - Extended Hours | Hour | 1.50 | $300.00 | $450.00 |
| | Expenses | 1 | 1.00 | $100.00 | $100.00 |

Notes: Mandarin Interpreter
(Expenses=Travel Time)
OT-Applied

| | |
|---|---|
| Invoice Total: | $2,050.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $62.42 |
| Balance Due: | $2,112.42 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | FLA2345945 |
| Job #: | 2081265 |
| Invoice Date: | 6/12/2015 |
| Balance: | $2,112.42 |

89436

**Veritext Florida Reporting Co.**

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| Bill To: | Elliot Kozolchyk, Esq<br>Koz Law<br>320 SE 9th Street<br>Fort Lauderdale , FL, 33316 | Invoice #: | FLA2346439 |
|---|---|---|---|
| | | Invoice Date: | 6/12/2015 |
| | | Balance Due: | $1,416.87 |

| | |
|---|---|
| Case: | Riess, Gary Richard v. Greenfield USA Wholesale LLC. |
| Job #: | 2075258 \| Job Date: 6/8/2015 \| Delivery: Normal |
| Billing Atty: | Elliot Kozolchyk, Esq |
| Location: | Koz Law |
| | 320 SE 9th Street \| \| Fort Lauderdale, FL 33316 |
| Sched Atty: | Elliot Kozolchyk, Esq \| Koz Law |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Tao Wu | Interpreting | Hour | 5.00 | $200.00 | $1,000.00 |
| | Interpreting | Hour | 1.00 | $300.00 | $300.00 |
| | Travel Expenses | 1 | 1.00 | $75.00 | $75.00 |

Notes: \*\*\*Mandarin Interpreter\*\*\*
(10:00 - 5:50) O/T
Travel:75

| | |
|---|---|
| Invoice Total: | $1,375.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $41.87 |
| Balance Due: | $1,416.87 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| Invoice #: | FLA2346439 |
|---|---|
| Job #: | 2075258 |
| Invoice Date: | 6/12/2015 |
| Balance: | $1,416.87 |

89436

# Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Elliot Kozolchyk, Esq<br>Koz Law<br>320 SE 9th Street<br>Fort Lauderdale , FL, 33316 | **Invoice #:** FLA2356551<br>**Invoice Date:** 6/24/2015<br>**Balance Due:** $1,305.73 |

| | |
|---|---|
| **Case:** | Riess, Gary Richard v. Greenfield USA Wholesale LLC. |
| **Job #:** | 2081265 \| Job Date: 6/10/2015 \| Delivery: Normal |
| **Billing Atty:** | Elliot Kozolchyk, Esq |
| **Location:** | Koz Law |
| | 320 SE 9th Street \|  \| Fort Lauderdale, FL 33316 |
| **Sched Atty:** | Elliot Kozolchyk, Esq \| Koz Law |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Yen Ling Liu | Original with 1 Certified Transcript | Page | 232.00 | $3.90 | $904.80 |
| | Attendance Fee | 1 | 2.00 | $85.00 | $170.00 |
| | Surcharge - Extended Hours | Hour | 1.50 | $70.00 | $105.00 |
| | Exhibits | Per Page | 36.00 | $0.35 | $12.60 |
| | CD Depo Litigation Package | Per CD | 1.00 | $35.00 | $35.00 |
| | Shipping & Handling | Package | 1.00 | $39.75 | $39.75 |

**Notes:** (10:00-6:18)
Emailed 2081265-1.PDF To sfoo@kozlawfirm.com; ekoz@kozlawfirm.com
OT-Applied

| | |
|---|---|
| **Invoice Total:** | $1,267.15 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $38.58 |
| **Balance Due:** | $1,305.73 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

**To pay online, go to www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | FLA2356551 |
| **Job #:** | 2081265 |
| **Invoice Date:** | 6/24/2015 |
| **Balance:** | $1,305.73 |

89436

**Veritext Florida Reporting Co.**

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| Bill To: | Elliot Kozolchyk, Esq<br>Koz Law<br>320 SE 9th Street<br>Fort Lauderdale, FL, 33316 | Invoice #: | FLA2356618 |
|---|---|---|---|
| | | Invoice Date: | 6/26/2015 |
| | | Balance Due: | $1,825.32 |

| | |
|---|---|
| Case: | Riess, Gary Richard v. Greenfield USA Wholesale LLC. |
| Job #: | 2075258 \| Job Date: 6/8/2015 \| Delivery: Normal |
| Billing Atty: | Elliot Kozolchyk, Esq |
| Location: | Koz Law |
| | 320 SE 9th Street \| \| Fort Lauderdale, FL 33316 |
| Sched Atty: | Elliot Kozolchyk, Esq \| Koz Law |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Tao Wu | Original with 1 Certified Transcript | Page | 289.00 | $3.90 | $1,127.10 |
| | Attendance Fee - First Hour | Hour | 1.00 | $95.00 | $95.00 |
| | Attendance Fee - Additional Hours | Hour | 7.00 | $60.00 | $420.00 |
| | Exhibits | Per Page | 96.00 | $0.35 | $33.60 |
| | CD Depo Litigation Package | Per CD | 1.00 | $35.00 | $35.00 |
| | Witness Read and Sign Services | 1 | 1.00 | $25.00 | $25.00 |
| | Shipping & Handling | Package | 1.00 | $35.68 | $35.68 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $1,771.38 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $53.94 |
| Balance Due: | $1,825.32 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

89436

**To pay online, go to
www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | FLA2356618 |
|---|---|
| Job #: | 2075258 |
| Invoice Date: | 6/26/2015 |
| Balance: | $1,825.32 |

# Statement

**Salmon & Dulberg**
DISPUTE RESOLUTION
MEDIATION • ARBITRATION

Biscayne Building, Suite 620
19 W. Flagler Street
Miami, FL 33130
Phone: 305-371-5490
Fax:   305-371-5492

| Date |
|---|
| 7/20/2015 |

| To: | 786-358-6071 | |
|---|---|---|
| Koz Law PA<br>Elliot Kozolchyk, Esq.<br>320 SE 9th Street<br>Ft. Lauderdale, FL 33316 | | |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $585.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/09/2015 | INV #24452. Due 06/04/2015. Orig. Amount $585.00. Riess/Greenfield*mas | 585.00 | 585.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 585.00 | 0.00 | 0.00 | $585.00 |



# INVOICE

Invoice #2014025004
9/5/2014



Elliot Kozolchyk, Esq.
KOZ LAW PA
320 S.E. 9th Street
Ft. Lauderdale, FL 33316

**Send Payments To:**
**Priority One Process Service, Inc.**
**5893 Sunset Drive**
**South Miami, FL 33143**
**Phone: (305) 669-1518**
**Fax: (305) 669-1520**
**F.E.I.N.# 20-5686386**

Reference Number: RIESS VS GREENFIELD

**Case Number: SOUTHERN 14-CV-61968 BB**

Plaintiff:
**GARY RICHARD RIESS, ET AL.,**

Defendant:
**GREENFIELD USA WHOLESALE LLC., ET AL.,**

Received: 8/28/2014   Served: 9/3/2014 11:30 am  CORPORATE IN ABSCENCE OF R.A.
To be served on: GREENFIELD USA WHOLESALE LLC., C/O YEN LING LIU, REGISTERED AGENT

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Summons | 1.00 | 41.00 | 41.00 |
| TOTAL CHARGED: | | | $41.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$41.00** |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. LATE FEES OF $5.00 PER INVOICE PER MONTH ARE APPLIED TO ALL INVOICES AFTER 30 DAYS OLD. AS OF 3/1/2012 MONTHLY STATEMENTS WILL INCLUDE APPLICABLE LATE FEES. WE ACCEPT ALL MAJOR CREDIT CARDS.



# INVOICE

Invoice #2014025003
9/5/2014



Elliot Kozolchyk, Esq.
KOZ LAW PA
320 S.E. 9th Street
Ft. Lauderdale, FL 33316

**Send Payments To:**
**Priority One Process Service, Inc.**
**5893 Sunset Drive**
**South Miami, FL 33143**
**Phone: (305) 669-1518**
**Fax: (305) 669-1520**

Reference Number: RIESS VS GREENFIELD

**F.E.I.N.# 20-5686386**

**Case Number: SOUTHERN 14-CV-61968 BB**

Plaintiff:
**GARY RICHARD RIESS, ET AL.,**

Defendant:
**GREENFIELD USA WHOLESALE LLC., ET AL.,**

Received: 8/28/2014   Served: 9/3/2014 11:30 am   INDIVIDUAL
To be served on: PEGGY WU

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Summons | 1.00 | 41.00 | 41.00 |
| TOTAL CHARGED: | | | $41.00 |
| **BALANCE DUE:** | | | **$41.00** |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. LATE FEES OF $5.00 PER INVOICE PER MONTH ARE APPLIED TO ALL INVOICES AFTER 30 DAYS OLD. AS OF 3/1/2012 MONTHLY STATEMENTS WILL INCLUDE APPLICABLE LATE FEES. WE ACCEPT ALL MAJOR CREDIT CARDS.



**INVOICE**

Invoice #2014025002
11/26/2014



Elliot Kozolchyk, Esq.
KOZ LAW PA
320 S.E. 9th Street
Ft. Lauderdale, FL 33316

**Send Payments To:**
**Priority One Process Service, Inc.**
**5893 Sunset Drive**
**South Miami, FL 33143**
**Phone: (305) 669-1518**
**Fax: (305) 669-1520**
**F.E.I.N.# 20-5686386**

Reference Number: RIESS VS GREENFIELD

**Case Number: SOUTHERN 14-CV-61968 BB**

Plaintiff:
**GARY RICHARD RIESS, ET AL.,**

Defendant:
**GREENFIELD USA WHOLESALE LLC., ET AL.,**

Received: 8/28/2014   Non-Served: 11/26/2014  NON-SERVE - DILIGENT
To be served on: TAO WU

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Summons | 1.00 | 41.00 | 41.00 |
| TOTAL CHARGED: | | | $41.00 |
| 09/11/2014   Check #01367Z   Pre-Payment | | | 41.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

PAYMENT IS DUE UPON RECEIPT OF INVOICE. LATE FEES OF $5.00 PER INVOICE PER MONTH ARE APPLIED TO ALL INVOICES AFTER 30 DAYS OLD. AS OF 3/1/2012 MONTHLY STATEMENTS WILL INCLUDE APPLICABLE LATE FEES. WE ACCEPT ALL MAJOR CREDIT CARDS.

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4a



**INVOICE**

Invoice #2014025001
11/26/2014



Elliot Kozolchyk, Esq.
KOZ LAW PA
320 S.E. 9th Street
Ft. Lauderdale, FL 33316

**Send Payments To:**
**Priority One Process Service, Inc.**
**5893 Sunset Drive**
**South Miami, FL 33143**
**Phone: (305) 669-1518**
**Fax: (305) 669-1520**
**F.E.I.N.# 20-5686386**

Reference Number: RIESS VS GREENFIELD

**Case Number: SOUTHERN 14-CV-61968 BB**

Plaintiff:
**GARY RICHARD RIESS, ET AL.,**

Defendant:
**GREENFIELD USA WHOLESALE LLC., ET AL.,**

Received: 8/28/2014   Non-Served: 11/26/2014   NON-SERVE - DILIGENT
To be served on: YEN LING LIU

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Summons | 1.00 | 41.00 | 41.00 |
| TOTAL CHARGED: | | | $41.00 |

| | | | |
|---|---|---|---|
| 09/11/2014 | Check #01367Z | Pre-Payment | 41.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

PAYMENT IS DUE UPON RECEIPT OF INVOICE. LATE FEES OF $5.00 PER INVOICE PER MONTH ARE APPLIED TO ALL INVOICES AFTER 30 DAYS OLD. AS OF 3/1/2012 MONTHLY STATEMENTS WILL INCLUDE APPLICABLE LATE FEES. WE ACCEPT ALL MAJOR CREDIT CARDS.